UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE CURIEL, | ) | NO. CV 07-2008-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TOM FLEKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 2, 2008.

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE